UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

CHARLES OSGOOD

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-51 (GHL)

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 21 2008
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Anthony Neddo, Esq
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to count __2__

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Intoxicated, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.3 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** December 16, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $525.00, payable no later than June 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count One of the Information is dismissed on motion of the United States.

_____April 16, 2008_____
Date of Imposition of Sentence

_____April 19, 2008_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge